UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DANA ARMSTRONG a/k/a Dana Below, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> UNIFIN, INC., JEFFERSON CAPITAL SYSTEMS, LLC, and JOHN DOES 1-25, <br><br> Defendants. | 2:20CV379-PPS |

## ORDER

The parties' joint Stipulation of Dismissal [DE 20] is SO ORDERED. This action is DISMISSED WITH PREJUDICE, without costs to any party.

The pending joint Motion to Dismiss for Failure to State a Claim [DE 17] is DENIED WITHOUT PREJUDICE.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: January 4, 2021.

       /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT